FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 24, 2018

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CRYSTAL TROUT, on behalf of herself and all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>LAKE BREEZE INCORPORATED, an Idaho corporation, and CYD ROSSI, an individual,<br><br>    Defendants. | NO. 2:17-cv-00214-SAB<br><br>**ORDER RE: DEFAULT JUDGMENT** |

Before the Court is Plaintiff's Motion for Reconsideration, ECF No. 24. The motion was heard without oral argument. Plaintiff requests the Court reconsider its previous Order denying Plaintiff's motion for default judgment. ECF No. 22. For the reasons stated by Plaintiff in her motion, the Court grants reconsideration; vacates the original order at ECF No. 22; and enters default judgment against Lake Breeze Incorporated.

Accordingly, **IT IS HEREBY ORDERED:**

1. Plaintiff's Motion for Reconsideration, ECF No. 24, is **GRANTED**.

2. The Court's Order Denying Plaintiff's Motion for Default Judgment, ECF No. 22, is **VACATED**.

//

**ORDER RE: DEFAULT JUDGMENT** ^ 1

3. Plaintiff's Motion for Entry of Default Judgment, ECF No. 18, is **GRANTED**.

4. **Judgment** is to be entered in Plaintiff's favor as to **Defendant Lake Breeze Incorporated** in the total amount of $6,391.10 as follows:

    a. $1,000.00 in statutory damages pursuant to 15 U.S.C. § 1692k(a)(2)(A), with interest to accrue at twelve percent (12%) per annum;

    b. $468.60 in litigation costs; and

    c. $4,922.50 in attorneys' fees.

**IT IS SO ORDERED**. The District Court Clerk is hereby directed to enter this Order, provide copies to counsel, and enter **JUDGMENT** against Defendant Lake Breeze Incorporated as specified herein.

**DATED** this 24th day of April 2018.



Stanley A. Bastian
United States District Judge

**ORDER RE: DEFAULT JUDGMENT ^ 2**