AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

CRYSTAL TROUT, on behalf of herself, and all others similarly situated,

*Plaintiff*

v.

LAKE BREEZE INCORPORATED, an Idaho corporation,

*Defendant*

Civil Action No. 2:17-CV-214-SAB

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 24, 2018

SEAN F. McAVOY, CLERK

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☑ other: Plaintiff's Motion for Entry of Default Judgment (ECF No. 18) is GRANTED. Judgment is entered in favor of Plaintiff against Defendant Lake Breeze Incorporated in the total amount of $6,391.10 as follows: $1,000 in statutory damages pursuant to 15 U.S.C. section 1692k(a)(2)(A), with interest to accrue at twelve percent per annum; $468.60 in litigation costs, and $4,922.50 in attorneys' fees.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Stanley A. Bastian on a Motion for Entry of Default Judgment (ECF No. 18).

Date: April 24, 2018

*CLERK OF COURT*

SEAN F. McAVOY

s/ Penny Lamb
*(By) Deputy Clerk*

Penny Lamb